IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Adv. Pro. No. 03-53069 |
| | ) | |
| FLEMING COMPANIES, INC., et al. | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| vs. | ) | District Court Case No. 04-0284-SLR |
| | ) | |
| FARRIS PRODUCE, INC. MILES FARMERS' MARKET, FOSTER POULTRY FARMS, INC., and LEWIS BAKERIES, INC., individually and on behalf of all persons similarly situated, | ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |

## AGREEMENT AND ORDER DISMISSING APPEAL

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the undersigned parties hereby agree and stipulate to the dismissal of the above-captioned appeal,

with prejudice, each party to bear its own costs.

| | |
|---|---|
| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Scotta E. McFarland (DE Bar No. 4184)<br>919 N. Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>   (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszyjw.com<br>           smcfarland@pszyjw.com<br><br>KIRKLAND & ELLIS<br>Damian D. Capozzola<br>777 South Figueroa Street<br>Los Angeles, California 90017-5800<br>Telephone: 213-680-8400<br>Facsimile: 213-680-8500<br><br>Co-Counsel for Appellants | WERB & SULLIVAN<br><br>*/s/ Duane D. Werb*<br>Duane D. Werb (Bar No. 1042)<br>300 Delaware Avenue, 10th Floor<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: 302-652-1100<br>Facsimile: 302-651-1111<br>Email: dwerb@werbsullivan.com<br><br>and<br><br>Hartley B. Martyn, Esquire<br>Martyn & Associates<br>820 Superior Avenue NW, 10th Floor<br>Cleveland, OH 44113<br><br>and<br><br>Iden G. Martyn, Esquire<br>Martyn Liles PLLC<br>1054 31st Street, NW, Suite 415<br>Washington, DC 20007<br><br>Counsel for Appellee |