IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Adv. Pro. No. 03-53069 |
| | ) | |
| FLEMING COMPANIES, INC., et al. | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| vs. | ) | District Court Case No. 04-0284-SLR |
| | ) | |
| FARRIS PRODUCE, INC. MILES FARMERS' MARKET, FOSTER POULTRY FARMS, INC., and LEWIS BAKERIES, INC., individually and on behalf of all persons similarly situated, | ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

Upon agreement of the parties, it is ORDERED that this Appeal is hereby dismissed, with prejudice, each party to bear its own costs.

_____
The Honorable Sue L. Robinson
Chief Judge, United States District Court